In the matter of assessment of a collateral inheritance tax upon the estate of SIMON ROTHCHILD, deceased.

[Argued November 20th, 1906. Decided February 2d, 1907.]

On appeal from an order of the ordinary, whose opinion is reported in *71 N. J. Eq. (1 Buch.) 210.*

*Messrs. McDermott & Enright,* for the appellant.

*Mr. Edward D. Duffield,* assistant attorney-general, for the respondent.

PER CURIAM.

The order appealed from in this case is affirmed, for the reasons stated in the opinion filed in the prerogative court by the ordinary.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—15.

*For reversal*—None.